# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JORDAN CHIESA, ) | 1:07-cv-00667-LJO-WMW-HC |
| Petitioner, ) | |
| ) | ORDER GRANTING |
| v. ) | IN FORMA PAUPERIS STATUS |
| MARTIN VEAL, ) | |
| Respondent. ) | |

Petitioner is a state/federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254/2241. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   May 16, 2007**              /s/  **William M. Wunderlich**
                                              UNITED STATES MAGISTRATE JUDGE