IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER JORDAN CHIESA,

    Petitioner,               01:07 CV 00667 ALA HC

    vs.

MARTIN VEAL, Warden          <u>ORDER</u>

    Respondent.
_____/

    Petitioner has requested an extension of time to file an amended petition pursuant to the court's order of November 4, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's January 17, 2008, request for an extension of time is granted; and
2. Petitioner is granted one-hundred and eighty (180) days from the date of this order in which to file an amended petition. Respondent's answer or motion to dismiss shall be filed thirty-five (35) days thereafter.

/////

DATED: January 24, 2008

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation