IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER JORDAN CHIESA,

    Petitioner,                     01:07 CV 00667 ALA HC

    vs.

MARTIN VEAL, Warden               ORDER

    Respondent.
_____/

    Petitioner Peter Chiesa is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On August 2, 2007, respondent filed a motion to dismiss. On October 12, 2007, petitioner filed a motion to stay these proceedings. On November 20, 2007, this court appointed petitioner counsel. On January 25, 2008, this court granted petitioner's counsel 180 days to determine if petitioner intends to file an amended petition. Therefore, respondent's August 2, 2007, motion to dismiss and petitioner October 12, 2007, motion for a stay will be denied as moot subject to renewal after petitioner either files an amended petition or decides to go forward on the current petition.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Respondent's August 2, 2007, motion to dismiss is DENIED without prejudice as

1

1  moot; and

2      2.  Petitioner's October 12, 2007, motion for a stay is DENIED without prejudice as

3  moot.

4  /////

5  DATED: March 25, 2008

6                          /s/ Arthur L. Alarcón
                        UNITED STATES CIRCUIT JUDGE
7                          Sitting by Designation