IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER JORDAN CHIESA,

    Petitioner,                     Case No.1:07-cv-00667 ALA (HC)

    vs.

MARTIN VEAL, Warden             <u>ORDER</u>

    Respondent.
_____/

On July 23, 2008, this Court granted Petitioner's request for a ninety-day extension to file a first amended petition for a writ of habeas corpus. (Doc. 22). On October 27, 2008, Petitioner filed his amended petition along with a motion seeking permission to file it beyond the ninety-day period this Court provided. (Docs. 23, 24).

Good cause shown, IT IS HEREBY ORDERED that Petitioner's motion, (Doc. 24), be GRANTED, and that his amended petition be deemed timely filed.

DATED: October 28, 2008

                                                  /s/ Arthur L. Alarcón
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation