IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER JORDAN CHIESA,

    Petitioner,               Case No.1:07-cv-00667 ALA (HC)

    vs.

MARTIN VEAL, Warden           ORDER

    Respondent.
_____/

On October 27, 2008, Petitioner filed his amended petition. (Doc. 23).

Accordingly, IT IS HEREBY ORDERED that

1. Respondent file an Answer on or before December 9, 2008; and

2. Petitioner may file a Reply to the Respondent's Answer on or before January 5, 2009.

/////

DATED: October 28, 2008

                              /s/ Arthur L. Alarcón
                              UNITED STATES CIRCUIT JUDGE
                              Sitting by Designation