1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PETER JORDAN CHIESA,

11              Petitioner,                    Case No.1:07-cv-00667 ALA (HC)

12         vs.

13   MARTIN VEAL, Warden                       ORDER

14              Respondent.

15   _____/

16         This Court ordered Respondent to file an Answer to Petitioner's amended petition on or

17   before December 9, 2008. (Doc. 29).  To date, Respondent has failed to comply with this Court's

18   order.

19         Accordingly, it is HEREBY ORDERED that

20         1.  Respondent file an Answer on or before December 15, 2008, and show cause why

21         sanctions shall not be imposed. *See Thompson v. Hous. Auth. of Los Angeles*, 782 F.2d

22         829, 830 (9th Cir. 1986) ("District courts have inherent power to control their dockets.

23         In the exercise of that power they may impose sanctions . . .  ."); and

24   /////

25   /////

26   /////

1

2.  Petitioner may file a Reply on or before January 12, 2008.

DATED: December 11, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation