IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER JORDAN CHIESA,

    Petitioner,               Case No.1:07-cv-00667 ALA (HC)

    vs.

MARTIN VEAL, Warden           <u>ORDER</u>

    Respondent.
_____/

    This Court ordered Respondent to show cause why sanctions should not be imposed for failing to file a timely Answer. (Doc. 27). On December 15, 2008, counsel for Respondent timely replied to this Court's order. (Doc. 30).

    Good cause shown, the Order to Show Cause is discharged, and sanctions, therefore, shall not be imposed.

**IT IS SO ORDERED.**

DATED: December 17, 2008

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation